# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3476
_____

Ahmad Daniel

*Plaintiff - Appellant*

v.

Honeywell International Inc.; Katie Lorentzen; Dawn C. Valdivia; Tara Hill; Kyle Swatfager

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 15, 2024
Filed: August 2, 2024
[Unpublished]
_____

Before KELLY, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Ahmad Daniel appeals the district court's[1] dismissal of his pro se employment discrimination action. After careful review of the record and the parties' arguments

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

on appeal, we conclude that dismissal was warranted based on Daniel's failure to comply with federal and local rules.  See Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988) (reviewing dismissal for failure to comply with Fed. R. Civ. P. 8 for abuse of discretion); see also Nw. Bank & Tr. Co. v. First Ill. Nat'l Bank, 354 F.3d 721, 725 (8th Cir. 2003) (reviewing district court's application of its local rules for abuse of discretion).  Accordingly, we affirm.  See 8th Cir. R. 47B.  We also deny Daniel's pending motion.

_____